```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
                      Baltimore Division
                         (Criminal)


UNITED STATES OF AMERICA       )
                               )
                               )
                               )
                               )
v.                             )    Criminal No. L09-0604
                               )
                               )
                               )
GEORGE H. NEWMAN, III          )
     Defendant                 )
                               )
```

UNOPPOSED MOTION TO AMEND DEFENDANT'S CONDITIONS OF RELEASE AND ALLOW HIM TO ATTEND SEAN RAMSEUR'S FUNERAL

COMES NOW the Defendant, GEORGE H. NEWMAN, III, by counsel, Dwight E. Crawley, and, pursuant to Title 18 United States Code §§ 3141 and 3142, respectfully moves this Honorable Court to amend its Order Setting Conditions of Release. Specifically, Defendant requests that this Honorable Court allow the defendant to attend his cousin's (Sean Ramseaur) funeral on April 15, 2010.  In support of this request, Defendant asserts the following:

1. Counsel has spoken with defendant's pre-trial services agent, Todd Stokes, and Assistant United States Attorney, John W. Sippel, Jr., about this matter;

2. Both Mr. Stokes and Mr. Sippel consent to defendant's request.

3. The funeral will be held at the Vaughan C. Green funeral home in Baltimore, Maryland.

WHEREFORE, Defendant prays that this Court allow him the

defendant to attend the funeral on April 15, 2010 at 10:00 a.m..

                                                 Respectfully submitted
                                                 **GEORGE H. NEWMAN, III**

                                                           /S/
                                       By:_____
                                                      Counsel

Dwight E. Crawley
Maryland District Court Bar #15782
Law Office of Dwight E. Crawley
601 Pennsylvania Ave, NW
Suite 900-South Building
Washington, DC 20004
Phone:(703)786-4004
Fax: (202)722-0246
Email: vadclawyer@aol.com

## CERTIFICATE

     I certify that on this 14th day of April, 2010, a true and exact copy of the foregoing motion was sent via ECF to the following:

John W. Sippel, Jr.
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, MD 21201
Phone: (410)209-4800
Fax: (410)962-3124
Email: John.Sippel@usdoj.gov

        /S/
_____
Dwight E. Crawley